

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00291-CV

| | | |
|---|---|---|
| HICKS AIRFIELD PILOTS ASSOCIATION, Appellant | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-292837-17) |
| V. | § | June 15, 2023 |
| HICKS ASSET PARTNERS, LLC, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the portion of the trial court's judgment that awarded declaratory and injunctive relief to Hicks Asset Partners, LLC and reverse the award of attorney's fees and remand to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Hicks Asset Partners, LLC shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker